UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-CV-81248-XXXX

PENNSYLVANIA MANUFACTRERS' :
ASSOCIATION INSURANCE COMPANY, :
                                            :
    *Plaintiff*,                             :
                                            :
v.                                            :
                                            :
NORTH AMERICAN AUTOMOTIVE :
SERVICES, INC., EDWARD NAPLETON, :
JR., DEE FRANK GRINNELL, and JANE :
DOE,                                     :
                                            :
    *Defendants*.                    :

## JANE DOE'S ANSWER TO COMPLAINT-ACTION FOR DECLARATORY JUDGMENT

Defendant Jane Doe ("Doe"), by and through her undersigned counsel, files this Answer to Complaint-Action for Declaratory Judgment, and responds to each numbered paragraph of the Complaint as follows:

1. Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 1 of the Complaint.

2. Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 2 of the Complaint.

3. Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 3 of the Complaint.

### I.  Parties

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Defendant Doe admits that she is over the age of 18 and a citizen of Florida, and otherwise lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 8 of the Complaint.

## II.  Jurisdiction and Venue

9. Admitted.

10. Admitted.

11. Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 11 of the Complaint.

12. Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 12 of the Complaint.

13. Admitted.

14. Admitted.

## III.  Factual Background

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Denied to the extend that the allegation is in the present tense. Paragraph 20 of the Complaint is otherwise admitted.

21. Admitted.

22. – 28. These paragraphs of the Complaint require no response as the content of the OEO Complaint speaks for itself.

29.     Admitted.

30. -33.  These paragraphs of the Complaint require no response as the content of the Civil Complaint speaks for itself.

34. – 35.    Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 34. – 35. of the Complaint.

### IV.  PMA's Policies Issued to North American

36. – 61. Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 36. – 61. of the Complaint.

### Count I

62. Defendant Doe incorporates the responses to paragraphs 1-61 set forth above.

63. – 78.   Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraphs 63. – 78. of the Complaint.

### Count II

79. Defendant Doe incorporates the responses to para. 1. – 78. set forth above.

80. – 86.   Defendant Doe lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraphs 80. – 86. of the Complaint.

WHEREFORE, Plaintiff Jane Doe respectfully requests that the relief sought by Plaintiff be denied, and that the Court grant such other and further relief as is just and proper.

Dated:  December 20, 2019

Respectfully submitted,
HERMAN LAW
1800 N. Military Trail, Suite 160
Boca Raton, FL 33431
Tel:   305-931-2200
Fax:  305-931-0877

By:   /s/Jeffrey Herman
Jeffrey M. Herman
Florida Bar No. 521647
jherman@hermanlaw.com
Stuart S. Mermelstein
Florida Bar No. 947245
smermelstein@hermanlaw.com
Daniel G. Ellis
Florida Bar No. 110589
dellis@hermanlaw.com