UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81248-CIV-DIMITROULEAS

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE
COMPANY,

    Plaintiff,

vs.

NORTH AMERICAN AUTOMOTIVE
SERVICES, INC., EDWARD NAPLETON,
JR., DEE FRANK GRINNELL, AND JANE
DOE,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court on the Omnibus Order on Motions for Summary Judgment, entered on August 14, 2020. [DE 60]. Therein, the Court granted Plaintiff' Pennsylvania Manufacturers' Association Insurance Co. ("PMA")'s Motion for Partial Summary Judgment on the Duty to Defend [DE 48] and denied Defendants North American Automotive Services, Inc., Edward W. Napleton, and Dee Frank Grinnell (collectively, "NAAS Defendants")'s Motion for Partial Summary Judgment on the Duty to Defend [DE 33]. *See* [DE 60].

The Court concluded in the August 14, 2020 Omnibus Order that, "[a]fter careful consideration, it appears to the Court that the ruling herein may be dispositive not only of the pending cross-motions for partial summary judgment as to the duty to defend, but as to the entire case." *See id.* at pp. 16-17 (citing to *Certain Interested Underwriters at Lloyd's, London v. AXA*

*Equitable Life Ins.*, Co., 32 F. Supp. 3d 1226, 1230–31 (S.D. Fla. 2014)).  Accordingly, the Court ruled that, "absent an objection being filed on or before August 21, 2020, supported by legal authority, as to why today's ruling does not resolve this case in its entirety, the Court will enter final judgment for Plaintiff." [DE 60] at p. 17.  No objections were filed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is hereby entered in favor of Plaintiff PMA and against the NAAS Defendants as follows:  PMA has no duty to defend or indemnify the NAAS Defendants in the OEO proceeding before the Palm Beach County Office of Equal Opportunity and the United States Equal Employment Opportunity Commission; the civil action in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2019-CA-008289-XXXX-MB; or the criminal action in Palm Beach County, No. 50-2019-CF-000941-AXXX-MB.

2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of August, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record